IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| QURAN BRYANT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 7:18-cv-00180-O |
| v. | § | |
| | § | |
| ARCONIC, INC. | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO SUBSTITUTE DEFENDANT**

On this date, the Court considered the parties' Joint Motion to Substitute Defendant. After reviewing the Motion, and noting that it is agreed, the Court hereby **GRANTS** the Motion.

It is therefore **ORDERED, ADJUDGED, AND DECREED** Court that Defendant Howmet Aerospace Inc. is substituted as the named Defendant in this matter. Defendant's name in the style of the case is hereby changed from Arconic Inc. to Howmet Aerospace Inc.

It is so **ORDERED** on April 13, 2021.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE