IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| QURAN BRYANT, | § § § |
| Plaintiff, | §  CIVIL ACTION NO. 7:18-CV-00180-BP |
| v. | § § |
| HOWMET AEROSPACE INC. | § § |
| Defendant. | § § |

# FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This case was called to jury trial on March 30, 2021. Plaintiff Quran Bryant appeared in person and through counsel and announced ready for trial. Howmet Aerospace Inc. (f/k/a Arconic Inc.) appeared in person and through counsel and announced ready for trial. Having taken into account all proceedings and arguments of the parties and the determination by the jury in this matter in the Jury Verdict (ECF No. 113); and having determined that all other requirements for final judgment have been met, the Court herein provides this Final Judgment.

Accordingly, and consistent with the Court's prior rulings and the unanimous jury verdict, it is hereby **ORDERED, ADJUGED and DECREED** that Plaintiff Quran Bryant have and recover judgment against Howmet Aerospace Inc. (f/k/a Arconic Inc.):

(a) $50,000 in compensatory damages that resulted from Defendant's violations;

(b) Pre-judgment interest on Plaintiff's compensatory damages calculated at 5% interest from October 13, 2017 to the entry of Final Judgment, in accordance with Tex. Fin. Code Ann. 304.003(c)(1);

(c) Costs in accordance with a bill of costs pursuant to Local Civil Rule 54.1;

    (d)    Attorneys' fees to be determined in accordance with Federal Rule of Civil Procedure 54(d)(2);

    (e)    Post-judgment interest, to be calculated at a rate of .06%, in accordance with 28 U.S.C. §1961(a), running from the date of Final Judgment, and compounded annually until paid.

Plaintiff is directed to file a motion for reasonable attorneys' fees and a bill of cost no later than April 28, 2021.

**SIGNED this \_\_\_\_\_ day of _____ , 2021.**

 

_____
**Magistrate Judge Hal Ray, Jr.**

*FINAL JUDGMENT* - PAGE 2