IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **QURAN BRYANT,** § | |
| § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 7:18-CV-00180-BP |
| v. § | |
| § | |
| **HOWMET AEROSPACE INC.** § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

The Parties hereby file this Notice of Settlement and respectfully show the Court as follows:

1. The Parties have reached settlement agreement in the above-referenced case and are in the process of finalizing the settlement, including preparation of the settlement agreement, and dismissal documents.

The Parties anticipate that the settlement process, including preparation of settlement and dismissal documents should be completed within the next 21 days, and request the Court to Stay all pending deadlines and proceedings during this time.

Agreed:

/s/ Megan Dixon
Megan Dixon
State Bar No. 24079901
dixon@l-b-law.com
Elizabeth Beck
State Bar No. 24097355
beck@l-b-law.com
**BRAZIEL | DIXON , LLP**
1910 Pacific Ave., Ste. 12000 – Box 220
Dallas, Texas 75201
Tel:  (214) 749-1400
Fax:  (214) 749-1010

**ATTORNEYS FOR PLAINTIFF**

**-and**

/s/ Nancy L. Waters
NANCY L. WATERS
Attorney-in-Charge
State Bar No. 00787352
nwaters@gpd.com
JAMES N. ZOYS
State Bar No. 24028155
jzoys@gpd.com
GEARY, PORTER & DONOVAN
16475 Dallas, Parkway, Suite 400
Addison, Texas 75001-6837
(972) 931-9901
(972) 931-9208 (Fax)

**ATTORNEYS FOR DEFENDANT**