IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **QURAN BRYANT,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:18-cv-00180-BP |
| § | |
| **HOWMET AEROSPACE, INC.,** § | |
| § | |
| Defendant. § | |

## ORDER

Counsel have notified the Court that the parties have reached a settlement of their respective claims and defenses in this lawsuit. ECF No. 119. The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with corresponding proposed order—with the Clerk's Office **within 30 days of the date of this Order**. If further proceedings become necessary or desirable, Plaintiff and Defendant should immediately file a joint status report with the Court. All deadlines with respect to Plaintiff's claims against Defendant are stayed until further order of the Court.

It is so **ORDERED** on May 10, 2021.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE